# EXHIBIT A

# Commonwealth of Massachusetts

SUFFOLK, ss.

A true copy Attest: *[signature]* 4/17/15 Deputy Sheriff Suffolk County

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 15-1097 H

Theresa Lee Shepherd _____ Plaintiff(s)

v.

Boston Police Department _____ Defendant(s)

**SUMMONS**

*RECEIVED CLERK'S OFFICE 2015 APR 17 PM BOSTON, MA*

To the above-named Defendant:

You are hereby summoned and required to serve upon Theresa Lee Stephen

plaintiff's attorney, whose address is 150 Washington Street Boston, MA 02121, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Judith Fabricant, Esquire, at Boston, the 14 day of April, in the year of our Lord two thousand 2015.

*Michael Joseph Donovan*
Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV. P. 1 12M – 1/15

| | | |
|---|---|---|
| CIVIL ACTION COVER SHEET | TRIAL COURT OF MASSACHUSETTS SUPERIOR COURT DEPARTMENT COUNTY OF Suffolk | DOCKET NO. 15-1097 N |

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Theresa Lee Shepherd | Boston Police Department |

| Plaintiff Atty | Theresa Shepherd | Type Defendant's Attorney Name | |
|---|---|---|---|
| Address | 150 Washington St | Defendant Atty | City of Boston Law Department |
| | | Address | 1 City Hall |
| City | Boston | State | MA | Zip Code | 02121 | City | Boston | State | MA | Zip Code | 02111 |
| Tel. | 857-312-8044 | BBO# | | | | | | | | | |

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| BB3 | Tort | A | [x] Yes  [ ] No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Alternative Documented medical expenses to date:
1. Total hospital expenses — $ 1/2 million
2. Total doctor expenses — $ 1/2 million
3. Total chiropractic expenses — $ 40,000
4. Total physical therapy expenses — $ 60,000
5. Total other expenses (describe) — $ 1,700,000
   Subtotal $ 4,250,000

B. Documented lost wages and compensation to date — $ 25,000,000
C. Documented property damages to date — $ 730,000
D. Reasonably anticipated future medical expenses — $ 15,000,000
E. Reasonably anticipated lost wages and compensation to date — $ 5,000,000
F. Other documented items of damages (describe) — $ 5,000,000

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
or 9,999,000

Ongoing ejection from society, character damage resulting in unemployable status, violation of the 14th Amendment, resulting in Anxiety stemming from Police misconduct Phobia.

Total $ 60,000,000

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s): Above see Attached

E-03                                                    TOTAL  $ 50,050,000

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

SUCV2014-01073

Signature: Theresa Shepherd                 Date: 4/14/2015

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                                        SUPERIOR COURT
                                                                    CIVIL ACTION
                                                                    NO. 15-1097 H

Theresa Lee Shepherd
PLAINTIFF(S) (PRINT NAME CLEARLY)

vs.                                                                 COMPLAINT

Boston Police Department
DEFENDANT(S) (PRINT NAME CLEARLY)

### PARTIES

1. Plaintiff(s) reside(s) at 150 Washington Street, Boston, MA 02121
   in the County of Suffolk

2. Defendant(s) reside(s) at Boston Police all accountable Parties
   in the County of Suffolk City Boston Law Dept Hall Boston MA 02122

### FACTS

3. BPD did create conditions over a two decade time span the Abuse by The Parties involved with malicious intentions to construct charges wich resulted in unreasoneble emmotional distress and personal injury Reflected in Social Security determinatatin of Situational and Environmental stress and Anxiety wich impacts every day of My childrens and I ability to Regain our Reputations in Society, this behavior by Defendents

has strained our Parent-Child Relationships Resulted in financial hardship for decades. Documentation was detailed by City of Boston Almighty Law department, solely in Preventing full disclosure of the loss of life that occured as a direct result of Boston Police Departments Harrasment inkmidation violence. Also A section 12 the Record was louder than my Trut

4. Answer this question **only** if you are seeking a restraining order against the defendant(s):

Have there been any other Court proceedings, criminal or civil, involving you or your family members and the defendant or defendant's family members?

Yes ✓     No ___

If Yes, describe the Court proceeding(s) and its/their status. closed falsely accused of foul play Kidnapping and Murder of a Evelyn of Quincey a White woman later found dozens where subjected to inditements RAIDS Threats due to unearned excessive arrest record BPD Assisted in

WHEREFORE, plaintiff demands that: 50 million or 9,999,000°° a judgement reflect that of lost wages because it is not disputeable wether or not the last past two decades could have been spent in a firm running afirm plainly the top at any Proffession I decided on given I was unattached psycally and mentally to the Suffolk county negativity

SIGNED UNDER THE PENALTIES OF PERJURY.

DATE: 4 14 2015

Signature of Plaintiff(s) Shewshee Shepshie
Street Address: 150 Washington Street
City/Town: Boston MA 02121
Telephone: 857 312-8049